**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Please Touch Museum, | : Case No. 15- 16558____ (JKF) |
| | : |
| Debtor. | : |
| | : |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor in possession (the "Debtor") filed a petition in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101-1532. Following is the list of the Debtor's creditors holding the 20 largest unsecured claims, based on the Debtor's books and records as of approximately September 10, 2015.

This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

Additionally, this list includes only those claims that are subject to invoices received by the Debtor prior to September 10, 2015. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, or amount of any claim.[1]

---

[1] The Debtor will file schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521, Fed. R. Bankr. P. 1007, and Local Bankruptcy Rule 1007-1(b). The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtor has not yet identified which of its largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtor reserves the right to identify any claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate. Inclusion of a claim on this consolidated list is not an admission that the amounts are or are not contingent, unliquidated, disputed and/or subject to setoff, nor is it an admission that the amounts listed are owed by the Debtor.

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5) Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| U.S. Bank, National Association | 60 Livingston Avenue EP-MN-WS1D St. Paul, MN 55107 (651) 466-5869 | Bond debt | | Unknown |
| Minnesota Children's Museum | 10 West 7th Street St. Paul, MN 55102 | Trade debt | | $50,000.00 |
| Northstar Advisors | 9 Cricket Terrace First Floor Ardmore, PA 19003 | Trade debt | | $27,007.77 |
| AlliedBarton Security Services | P.O. Box 828854 Philadelphia, PA 19182-8854 | Trade debt | | $19,768.32 |
| Universal Services Associates Inc. | 500 Ellis Avenue Colwyn, PA 19023 | Trade debt | | $19,452.00 |
| 30 Food Farm, LLC | 530 N. Delaware Avenue Suite 303 Philadelphia, PA 19123 | Trade debt | | 14,427.55 |
| Stradley Ronon Stevens & Young, LLP | 2005 Market Street Suite 2600 Philadelphia, PA 19103-7018 | Trade debt | | $10,000.00 |
| Sugar Lane Graphics, LLC | 5424 Groton Road Bensalem, PA 19020 | Trade debt | | $8,048.00 |
| Cashman & Associates | 232 N. 2nd Street Philadelphia, PA 19123 | Trade debt | | $7,500.00 |
| Toysmith | 3101 West Valley Hwy, East Sumner, WA 98390 | Trade debt | | $7,001.28 |
| Clear Channel Outdoor | P.O. Box 402379 Atlanta, GA 30384-2379 | Trade debt | | $4,999.98 |
| Strategic Products and Services, LLC | P.O. Box 5365 New York, NY 10087-5365 | Trade debt | | $4,927.08 |
| City of Philadelphia | 1515 Arch Street 15th Floor Philadelphia, PA 19 | Trade debt | | $4,688.33 |
| WBEB-FM | 225 E. City Avenue Suite 200 Bala Cynwyd, PA 19004 | Trade debt | | $4,400.00 |
| Schylling Inc. | P.O. Box 842358 Boston, MA 02284-2358 | Trade debt | | $4,186.24 |
| Chadwick Service Company | 362 Dunks Ferry Road, Bensalem, PA 19020 | Trade debt | | $4,011.00 |

| (1)<br><br>Name of creditor | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff) | (5)<br><br>Amount of claim [if secured also value of security] |
|---|---|---|---|---|
| Allbrand Supply | 170 N. Black Horse Pike, Mt. Ephraim, NJ 08059 | Trade debt | | $3,630.79 |
| Geckogroup | 211 West Chestnut Street West Chester, PA 19390 | Trade debt | | $2,960.00 |
| Michael Branscom Photography LLC | 524 North Essex Avenue Narberth, Pa 19072 (610) 331-2722 | Trade debt | | $2,875.00 |
| Learning Resource / Educational Insights | 6641 Eagle Way Chicago, Il 60678-1066 | Trade debt | | $2,868.01 |

### DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Lynn McMaster, President and Chief Executive Officer

of Debtor Please Touch Museum, declare under penalty of perjury that I have reviewed the List

of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best

of my information and belief.

Dated:  September 11, 2015

_____
Lynn McMaster
President and Chief Executive Officer

118436197_1