UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Please Touch Museum, | Case No. 15-16558 (JKF) |
| Debtor. | |

**STATEMENT REGARDING EQUITY SECURITY HOLDERS**[1]

Debtor Please Touch Museum is a Pennsylvania non-profit corporation with no equity security holders.

**DECLARATION UNDER PENALTY OF PERJURY**

I, Lynn McMaster, declare under penalty of perjury that the foregoing statement is true and correct to the best of my information and belief.

Dated: September 11, 2015

_____
Lynn McMaster
President and Chief Executive Officer

---

[1] This list serves as the disclosure required to be made by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.