**Please Touch Museum — Cash Collateral Budget**

| Week - Ending | 0 Projected 9/13/2015 | 1 Projected 9/20/2015 | 2 Projected 9/27/2015 | 3 Projected 10/4/2015 | 4 Projected 10/11/2015 | 5 Projected 10/18/2015 | 6 Projected 10/25/2015 | 7 Projected 11/1/2015 | 8 Projected 11/8/2015 | 9 Projected 11/15/2015 | 10 Projected 11/22/2015 | 11 Projected 11/29/2015 | 12 Projected 12/6/2015 | 13 Projected 12/13/2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 2,688,871 | $2,731,690 | $2,592,656 | $2,870,222 | $2,611,909 | $3,163,443 | $2,930,350 | $2,826,190 | $2,702,432 | $2,769,967 | $2,810,865 | $2,529,633 | $2,323,338 | $2,338,207 | $2,688,871 |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Admissions | 31,856 | 47,240 | 47,480 | 47,720 | 47,960 | 48,200 | 48,200 | 48,200 | 49,800 | 49,800 | 49,800 | 86,150 | 51,800 | 52,800 | 707,006 |
| Contributions and Grants | | | 25,000 | | | | | 15,000 | | | | 3,000 | | | 43,000 |
| Save the Museum Campaign | | 15,000 | 215,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 395,000 |
| Collection of A/R-Prepetition | | | 19,000 | | 497,201 | | | | | 213,958 | | | | | 730,160 |
| Collection of A/R-Postpetition | | | | | | | | | | | | | | | |
| External Services | | | 4,000 | | | | | 4,000 | | | | 4,000 | 4,000 | | 16,000 |
| Event Deposit Release | 500 | 2,875 | | 3,500 | 2,725 | 3,500 | | 5,175 | 3,500 | 3,000 | 7,300 | 4,400 | 2,925 | 5,975 | 45,375 |
| Fees for Special Events | 3,100 | 6,700 | 5,925 | 8,100 | 1,900 | 3,500 | 9,100 | 29,400 | 9,800 | 6,900 | 5,425 | 5,675 | 4,500 | 4,500 | 104,525 |
| Memberships | 2,173 | 8,400 | 7,800 | 7,200 | 6,600 | 6,000 | 6,000 | 6,000 | 10,000 | 10,000 | 10,000 | 15,000 | 15,000 | 17,500 | 127,673 |
| Museum Store Receipts | 5,190 | 7,045 | 7,086 | 7,126 | 7,167 | 7,208 | 7,208 | 7,208 | 7,480 | 7,480 | 7,480 | 12,920 | 7,820 | 7,990 | 106,408 |
| Catering Commission | | | | | | | | 19,000 | | | | 19,000 | | | 38,000 |
| **Total Receipts** | **42,818** | **87,260** | **331,291** | **88,646** | **578,554** | **83,408** | **85,508** | **148,983** | **95,580** | **306,138** | **95,005** | **165,145** | **101,045** | **103,765** | **2,313,146** |
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| Net Payroll | | 91,424 | | 91,424 | | 91,424 | | 91,424 | | 91,424 | | 91,424 | | 91,424 | 639,970 |
| Withheld/Payroll Taxes & Benefits | | 80,421 | 4,700 | 50,283 | | 80,931 | 4,700 | 50,283 | | 80,421 | 6,025 | 50,283 | | 80,283 | 488,333 |
| Sales tax | | 4,017 | | | | | 3,391 | | | | 2,661 | | | | 10,069 |
| Travel | | 1,000 | | | | 1,000 | | | | 1,000 | | | | 1,000 | 4,000 |
| Programs & Exhibits | | 5,400 | 2,600 | 4,481 | 3,600 | 39,600 | 8,350 | 4,481 | 3,600 | 10,100 | 7,400 | 3,600 | 4,480 | 3,600 | 101,292 |
| Cap-X | | | | 19,200 | | | 150,000 | 10,000 | | | | 150,000 | 10,000 | | 339,200 |
| Insurance | | | | 101,705 | | 14,742 | | | | 14,742 | | | | | 131,528 |
| Auto | | 340 | | | | 2,850 | | | | 2,850 | | | | | 6,050 |
| Cleaning | | 350 | | | | 34,233 | | | | 34,233 | | | | | 98,134 |
| Maintenance Contracts | | 29,668 | | | | 2,800 | | | | 2,800 | | 1,084 | | | 22,427 |
| Maintenance | | 425 | 1,084 | 350 | 425 | 4,931 | 425 | 1,084 | 350 | 8,381 | 425 | 9,652 | 10,750 | 425 | 85,514 |
| Advertising | | 3,025 | 8,742 | 5,296 | 8,000 | 7,500 | 5,731 | 10,373 | 5,000 | 7,500 | 5,731 | 7,500 | 5,721 | 4,931 | 90,000 |
| Credit Card/Merchant Fees | | | 7,500 | 7,500 | 7,500 | | 7,500 | 7,500 | 7,500 | | 7,500 | | 7,500 | 7,500 | 26,300 |
| Copier Lease | | | 100 | 8,000 | | | 100 | 8,000 | | | | 100 | 10,000 | | 4,534 |
| Payroll Service | | | 2,475 | | | 2,267 | | | | 2,267 | | | | | 10,050 |
| Security | | | | | 875 | | 875 | 1,600 | 875 | | 875 | 1,600 | 875 | | 66,000 |
| Office / Admin | | 2,120 | 2,448 | 2,120 | 1,120 | 2,470 | 3,020 | 22,000 | | | | 22,000 | | | 28,619 |
| Outside Consultants | | | | | | | | 2,120 | 1,120 | 2,470 | 2,620 | 2,620 | 2,251 | 2,120 | |
| Event Support Consultant | | | 3,750 | | | | | 3,750 | | | | 3,750 | | | 11,250 |
| IT Consultant | | | 1,250 | | | | | 1,250 | | | | 1,250 | | | 3,750 |
| Fundraising Support Consultant | | | 12,500 | | | | | 12,500 | | | | 12,500 | | | 37,500 |
| PR Consultant | | | | | | | | 5,000 | | | | 5,000 | | | 10,000 |
| Catering Consultant | | | | | | | | 5,000 | | | | | | | 5,000 |
| Store | | 2,750 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 10,000 | 5,500 | 5,500 | 5,500 | 73,250 |
| Utilities | | 5,352 | 1,076 | 29,100 | | 5,352 | 76 | 26,000 | 4,100 | 1,552 | 3,800 | 3,576 | 29,100 | | 109,084 |
| **Total Disbursements** | | **226,294** | **53,725** | **346,959** | **27,020** | **295,600** | **189,668** | **267,866** | **28,045** | **265,240** | **47,037** | **371,440** | **86,177** | **196,784** | **2,401,855** |
| **Operating Cash Flow** | **42,818** | **(139,034)** | **277,566** | **(258,313)** | **551,534** | **(212,192)** | **(104,160)** | **(118,883)** | **67,535** | **40,898** | **47,968** | **(206,295)** | **14,868** | **(93,019)** | **(88,709)** |

| Please Touch Museum Cash Collateral Budget Week - Ending | 0 Projected 9/13/2015 | 1 Projected 9/20/2015 | 2 Projected 9/27/2015 | 3 Projected 10/4/2015 | 4 Projected 10/11/2015 | 5 Projected 10/18/2015 | 6 Projected 10/25/2015 | 7 Projected 11/1/2015 | 8 Projected 11/8/2015 | 9 Projected 11/15/2015 | 10 Projected 11/22/2015 | 11 Projected 11/29/2015 | 12 Projected 12/6/2015 | 13 Projected 12/13/2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Restructuring Expenses** | | | | | | | | | | | | | | | |
| Dilworth Paxson, LLP | - | - | - | - | - | - | - | - | - | - | 185,000 | - | - | - | 185,000 |
| EisnerAmper, LLP | - | - | - | - | - | - | - | - | - | - | 100,750 | - | - | - | 100,750 |
| Rust/Omni | - | - | - | - | - | 20,900 | - | - | - | - | 4,450 | - | - | - | 25,350 |
| Isdaner & Co., LLC | - | - | - | - | - | - | - | - | - | - | 26,000 | - | - | - | 26,000 |
| Committee Counsel | - | - | - | - | - | - | - | - | - | - | 13,000 | - | - | - | 13,000 |
| Committee Financial Advisor | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - | 4,875 | - | - | - | - | - | - | 4,875 |
| **Total Restructuring Expenses** | - | - | - | - | - | 20,900 | - | 4,875 | - | - | 329,200 | - | - | - | 354,975 |
| Cash Flow After Restructuring Exp. | 42,818 | (139,034) | 277,566 | (258,313) | 551,534 | (233,092) | (104,160) | (123,758) | 67,535 | 40,898 | (281,232) | (206,295) | 14,868 | (93,019) | (443,684) |
| Ending Cash Balance | $ 2,731,690 | $ 2,592,656 | $ 2,870,222 | $ 2,611,909 | $ 3,163,443 | $ 2,930,350 | $ 2,826,190 | $ 2,702,432 | $ 2,769,967 | $ 2,810,865 | $ 2,529,633 | $ 2,323,338 | $ 2,338,207 | $ 2,245,188 | $ 2,245,188 |

**[INITIAL BUDGET]**

**Please Touch Museum**
**Cash Collateral Budget**

| Week - Ending | 0 Projected 9/13/2015 | 1 Projected 9/20/2015 | 2 Projected 9/27/2015 | 3 Projected 10/4/2015 | 4 Projected 10/11/2015 | 5 Projected 10/18/2015 | 6 Projected 10/25/2015 | 7 Projected 11/1/2015 | 8 Projected 11/8/2015 | 9 Projected 11/15/2015 | 10 Projected 11/22/2015 | 11 Projected 11/29/2015 | 12 Projected 12/6/2015 | 13 Projected 12/13/2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 2,688,871 | $ 2,731,690 | $ 2,592,656 | $ 2,870,222 | $ 2,611,909 | $ 3,163,443 | $ 2,930,350 | $ 2,826,190 | $ 2,702,432 | $ 2,769,967 | $ 2,810,865 | $ 2,529,633 | $ 2,323,338 | $ 2,338,207 | $ 2,688,871 |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Admissions | 31,856 | 47,240 | 47,480 | 47,720 | 47,960 | 48,200 | 48,200 | 48,200 | 49,800 | 49,800 | 49,800 | 86,150 | 51,800 | 52,800 | 707,006 |
| Contributions and Grants | | | 25,000 | | | | | 15,000 | | | | 3,000 | | | 43,000 |
| Save the Museum Campaign | | 15,000 | 215,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 395,000 |
| Collection of A/R-Prepetition | | | 19,000 | | 497,201 | | | | | 213,958 | | | | | 730,160 |
| Collection of A/R-Postpetition | | | | | | | | | | | | | | | |
| External Services | | | 4,000 | | | | | 4,000 | | | | 4,000 | 4,000 | | 16,000 |
| Event Deposit Release | 500 | 2,875 | | 3,500 | 2,725 | 3,500 | | 5,175 | 3,500 | 3,000 | 7,300 | 4,400 | 2,925 | 5,975 | 45,375 |
| Fees for Special Events | 3,100 | 6,700 | 5,925 | 8,100 | 1,900 | 3,500 | 9,100 | 29,400 | 9,800 | 6,900 | 5,425 | 5,675 | 4,500 | 4,500 | 104,525 |
| Memberships | 2,173 | 8,400 | 7,800 | 7,200 | 6,600 | 6,000 | 6,000 | 6,000 | 10,000 | 10,000 | 10,000 | 15,000 | 15,000 | 17,500 | 127,673 |
| Museum Store Receipts | 5,190 | 7,045 | 7,086 | 7,126 | 7,167 | 7,208 | 7,208 | 7,208 | 7,480 | 7,480 | 7,480 | 12,920 | 7,820 | 7,990 | 106,408 |
| Catering Commission | | | | | | | | 19,000 | | | | 19,000 | | | 38,000 |
| **Total Receipts** | 42,818 | 87,260 | 331,291 | 88,646 | 578,554 | 83,408 | 85,508 | 148,983 | 95,580 | 306,138 | 95,005 | 165,145 | 101,045 | 103,765 | 2,313,146 |
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| Net Payroll | | 91,424 | | 91,424 | | 91,424 | | 91,424 | | 91,424 | | 91,424 | | 91,424 | 639,970 |
| Withheld/Payroll Taxes & Benefits | | 80,421 | 4,700 | 50,283 | | 80,931 | 4,700 | 50,283 | | 80,421 | | 50,283 | | 80,283 | 488,333 |
| Salestax | | 4,017 | | | | | 3,391 | | | | 6,025 | | | | 10,069 |
| Travel | | 1,000 | | | | 1,000 | | | | 1,000 | 2,661 | | | 1,000 | 4,000 |
| Programs & Exhibits | | 5,400 | 2,600 | 4,481 | 3,600 | 39,600 | 8,350 | 4,481 | 3,600 | 10,100 | 7,400 | 3,600 | 4,480 | 3,600 | 101,292 |
| Cap-X | | | | 19,200 | | | 150,000 | 10,000 | | | | 150,000 | 10,000 | | 339,200 |
| Insurance | | 340 | | 101,705 | | 14,742 | | | | 14,742 | | | | | 131,528 |
| Auto | | 350 | | | | 2,850 | | | | 2,850 | | | | | 6,050 |
| Cleaning | | 29,668 | | | | 34,233 | | | | 34,233 | | | | | 98,134 |
| Maintenance Contracts | | 425 | 1,084 | 350 | 425 | 2,800 | 425 | 1,084 | 350 | 2,800 | 425 | 1,084 | 10,750 | 425 | 22,427 |
| Maintenance | | 3,025 | 8,742 | 5,296 | 8,000 | 4,931 | 5,731 | 10,373 | 5,000 | 8,381 | 5,731 | 9,652 | 5,721 | 4,931 | 85,514 |
| Advertising | | | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 90,000 |
| Credit Card/Merchant Fees | | | 100 | 8,000 | | | 100 | 8,000 | | | | 100 | 10,000 | | 26,300 |
| Copier Lease | | | | | | 2,267 | | | | 2,267 | | | | | 4,534 |
| Payroll Service | | | 2,475 | | 875 | | 875 | | 875 | | 875 | 1,600 | 875 | | 10,050 |
| Security | | | | 22,000 | | | | 22,000 | | | | 22,000 | | | 66,000 |
| Office / Admin | | 2,120 | 2,448 | 2,120 | 1,120 | 2,470 | 3,020 | 2,120 | 1,120 | 2,470 | 2,620 | 2,620 | 2,251 | 2,120 | 28,619 |
| Outside Consultants | | | | | | | | | | | | | | | |
| Event Support Consultant | | | 3,750 | | | | | 3,750 | | | | 3,750 | | | 11,250 |
| IT Consultant | | | 1,250 | | | | | 1,250 | | | | 1,250 | | | 3,750 |
| Fundraising Support Consultant | | | 12,500 | | | | | 12,500 | | | | 12,500 | | | 37,500 |
| PR Consultant | | | | | | | | 5,000 | | | | 5,000 | | | 10,000 |
| Catering Consultant | | | | | | | | 5,000 | | | | | | | 5,000 |
| Store | | 2,750 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 5,500 | 10,000 | 5,500 | 5,500 | 5,500 | 73,250 |
| Utilities | | 5,352 | 1,076 | 29,100 | | 5,352 | 76 | 26,000 | 4,100 | 1,552 | 3,800 | 3,576 | 29,100 | | 109,084 |
| **Total Disbursements** | | 226,294 | 53,725 | 346,959 | 553,534 | 295,600 | 189,668 | 267,866 | 28,045 | 265,240 | 47,037 | 371,440 | 86,177 | 196,784 | 2,401,855 |
| **Operating Cash Flow** | 42,818 | (139,034) | 277,566 | (258,313) | 553,534 | (212,192) | (104,160) | (118,883) | 67,535 | 40,898 | 47,968 | (206,295) | 14,868 | (93,019) | (88,709) |

**Please Touch Museum**
**Cash Collateral Budget**

| Week - Ending | 0 Projected 9/13/2015 | 1 Projected 9/20/2015 | 2 Projected 9/27/2015 | 3 Projected 10/4/2015 | 4 Projected 10/11/2015 | 5 Projected 10/18/2015 | 6 Projected 10/25/2015 | 7 Projected 11/1/2015 | 8 Projected 11/8/2015 | 9 Projected 11/15/2015 | 10 Projected 11/22/2015 | 11 Projected 11/29/2015 | 12 Projected 12/6/2015 | 13 Projected 12/13/2015 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Restructuring Expenses** | | | | | | | | | | | | | | | |
| Dilworth Paxson, LLP | - | - | - | - | - | - | - | - | - | - | 185,000 | - | - | - | 185,000 |
| EisnerAmper, LLP | - | - | - | - | - | - | - | - | - | - | 100,750 | - | - | - | 100,750 |
| Rust/Omni | - | - | - | - | - | 20,900 | - | - | - | - | 4,450 | - | - | - | 25,350 |
| Isdaner & Co., LLC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Committee Counsel | - | - | - | - | - | - | - | - | - | - | 26,000 | - | - | - | 26,000 |
| Committee Financial Advisor | - | - | - | - | - | - | - | - | - | - | 13,000 | - | - | - | 13,000 |
| US Trustee Fees | - | - | - | - | - | - | - | 4,875 | - | - | - | - | - | - | 4,875 |
| **Total Restructuring Expenses** | - | - | - | - | - | 20,900 | - | 4,875 | - | - | 329,200 | - | - | - | 354,975 |
| Cash Flow After Restructuring Exp. | 42,818 | (139,034) | 277,566 | (258,313) | 551,534 | (233,092) | (104,160) | (123,758) | 67,535 | 40,898 | (281,232) | (206,295) | 14,868 | (93,019) | (443,684) |
| Ending Cash Balance | $ 2,731,690 | $ 2,592,656 | $ 2,870,222 | $ 2,611,909 | $ 3,163,443 | $ 2,930,350 | $ 2,826,190 | $ 2,702,432 | $ 2,769,967 | $ 2,810,865 | $ 2,529,633 | $ 2,323,338 | $ 2,338,207 | $ 2,245,188 | $ 2,245,188 |