**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Please Touch Museum, | : Case No. 15-16558 (JKF) |
| | : |
| Debtor. | : |
| | : |

**GLOBAL NOTES AND STATEMENT OF**
**LIMITATIONS, METHODOLOGY AND DISCLAIMER**
**REGARDING THE DEBTOR'S SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Please Touch Museum, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and collectively with the "Schedules," the "Schedules and Statements") in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Michael Armento has signed each set of the Schedules and Statements. Mr. Armento serves as Vice President, Finance & Administration for the Debtor. In reviewing and signing the Schedules and Statements, Mr. Armento has necessarily relied upon the efforts, statements and representations of various personnel of the Debtor. Mr. Armento has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's reasonably best efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Description of Case**.  On September 11, 2015, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor is operating its organization and managing its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  All asset information contained in the Schedules and Statements, except where otherwise noted, is reported as of the close of business on September 11, 2015.  All liability information contained in the Schedules and Statements are reported as of the best available pre-petition information.

**Recharacterization**.  Notwithstanding that the Debtor has made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items.  Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

**Liabilities**.  The Debtor allocated liabilities between the pre-petition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the pre-petition and post-petition periods may change.  The Debtor reserves all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Insiders**.  For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) relatives of directors or officers of the Debtor (to the extent known by the Debtor); and (d) affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Executory Contracts**.  The Debtor has not set forth executory contracts as assets in the Schedules and Statements.  The Debtor's executory contracts have been set forth in Schedule G.

**Classifications**.  Listing a claim (1) on Schedule D as "secured," (2) on Schedule E as "priority," (3) on Schedule F as "unsecured," or (4) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

**Claims Description**.  While the Debtor has made every effort to properly classify each claim listed in the Schedules and Statements as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtor has not been able to fully reconcile all payments made to certain third parties and its related entities on account of the Debtor's obligations to same.  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves all rights to dispute any claim reflected on its Schedules and Statements on any grounds, including, without limitation, liability, classification or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

**Causes of Action**.  Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and Statements.  The Debtor reserves all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

1.    Summary of Significant Reporting Policies.  The following is a summary of significant reporting policies:

(a)    Currency.  All amounts are reflected in U.S. dollars.

(b)    Undetermined Amounts.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c)    Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are "unknown" or "undetermined" amounts, the actual total may be different than the listed total.

(d)    Current Market Value - Net Book Value.  Current market valuations are neither maintained by, nor readily available to, the Debtor.  Accordingly, the Debtor's Schedules and Statements reflect net book values unless otherwise indicated.  Market values may vary, at some times materially, from net book value.  Also, assets that have been fully depreciated or that were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

(e)    Paid Claims.  The Debtor has authority to pay certain outstanding pre-petition payables pursuant to a Bankruptcy Court order, as such, outstanding liabilities have been reduced by any Bankruptcy Court approved post-petition payments made on pre-petition payables.  To the extent the Debtor pays any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all rights to amend or

3

supplement the Schedules and Statements or take other action such as filing claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

(f)     <u>Excluded Assets and Liabilities</u>.  The Debtor has excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill, leasehold improvements and accrued liabilities including, but not limited to, employee benefits.  Other immaterial assets and liabilities may also have been excluded.

(g)     <u>Liens</u>.  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

2.     <u>Specific Schedules and Statements Disclosures</u>

(a)     <u>Schedule D</u>.  Except as otherwise agreed pursuant to a written agreement, stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary.

The Debtor has not included on Schedule D parties that may believe its claims are secured through setoff rights or inchoate statutory lien rights.

(b)     <u>Schedule E</u>.  The Debtor has authority to pay certain pre-petition obligations including to pay employee wages and other employee benefits in the ordinary course of business pursuant an interim order (the "Employee Wages Order"). Pursuant to such Employee Wages Order, the Debtor believes that any employee claims for pre-petition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not individually detailed on Schedule E. The Debtor reserves all rights to amend or supplement the Schedules and Statements or take other action such as filing claims objections, as is necessary and appropriate to avoid over payment or duplicate payments for liabilities.

(c)     <u>Schedule F</u>. reflects the pre-petition amounts owing to certain counterparties to executory contracts and unexpired leases.  In addition, Schedule F does not include rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor.  The Debtor reserves

4

all of its rights respecting such credits and allowances. The dollar amounts listed may be exclusive of contingent and unliquidated amounts.

(d)    <u>Schedule G</u>. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

(e)    <u>Statement Question 8</u>. The Debtor occasionally incurs losses for a variety of reasons including theft and property damage, etc. Certain of these losses may not have been tracked and, thus, the Debtor have only listed losses that were identifiable in its books and records.

**Global Notes Control**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

118529822_4

# United States Bankruptcy Court
# Eastern District Of Pennsylvania

| | | | |
|---|---|---|---|
| Please Touch Museum | | 15-16558 | 11 |
| Debtor | | Case No. (If known) | Chapter |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | OTHER |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | |
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 8 | $16,244,356.31 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $62,663,562.59 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $104,483.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $745,571.42 | |
| G - Executory Contracts and Unexpired Leases | YES | 7 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | |
| Total | | 41 | $16,244,356.31 | $63,513,617.32 | |

B6

B6A (Official Form 6A) (12/07)

In re  Please Touch Museum                                          Case No.  15-16558
                    Debtor                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, inlcuding all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

Total

Subtotal
(Total of this page)                                                    $0.00

Page 1 of  1

**B6B (Official Form 6B) (12/07)**

| In re | Please Touch Museum | | Case No.: | 15-16558 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   CASH ON HAND. | | Petty Cash Office | | $800.00 |
| 1. | | Cashier Change Fund | | $4,313.50 |
| 1. | | Cash Special Events | | $500.00 |
| 2.   CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | Regular Checking Account TD Bank Account Ending ...0159 | | $341,352.59 |
| 2. | | Flexible Spending Savings  Account TD Bank Account Ending ...0159 | | $17,844.77 |
| 2. | | Customer Deposits Checking Account TD Bank Account Ending ...0159 | | $144,649.54 |

**B6B (Official Form 6B) (12/07)**

| In re | Please Touch Museum | | Case No.: | 15-16558 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | Expansion Checking Account TD Bank Account Ending ...0159 | | $192,456.97 |
| 2. | | Debt Service Reserve Fund US Bank Account Ending ...0002 | | $307,102.34 |
| 2. | | Funded Interest US Bank Account Ending ...0001 | | $0.75 |
| 2. | | Collateral Fund US Bank Account Ending ...0008 | | $3,094,408.23 |
| 2. | | Revenue Fund US Bank Account Ending ...0000 | | $1.32 |
| 2. | | Museum Fund - PNC PNC Bank Account Ending ...5698 | | $2,027,559.00 |
| 2. | | Endownment  - PNC (Restricted) PNC Bank Account Ending ...5397 | | $2,304,609.24 |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | x | | | |

B6B (Official Form 6B) (12/07)

| In re | Please Touch Museum | | Case No.: | 15-16558 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | x | | | |
| 5. BOOKS; PICTURES AND OTHER ART OBJECTS; ANTIQUES; STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | x | | | |
| 6. WEARING APPAREL. | x | | | |
| 7. FURS AND JEWELRY. | x | | | |
| 8. FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | x | | | |
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | x | | | |
| 10. ANNUITIES. ITEMIZE AND NAME EACH ISSUER. | x | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | x | | | |

**B6B (Official Form 6B) (12/07)**

| In re | Please Touch Museum | | Case No.: | 15-16558 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. GIVE PARTICULARS. | x | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES. ITEMIZE. | x | | | |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | x | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NONNEGOTIABLE INSTRUMENTS. | x | | | |
| 16. ACCOUNTS RECEIVABLE. | | Accounts Receivable - Pledges | | $203,000.00 |
| 16. | | Accounts Receivable - City of Philadelphia (Dome Reimbursement) | | $711,159.57 |
| 16. | | Accounts Receivable - Brulee Catering | | $19,000.00 |
| 16. | | Accounts Receivable - Fund Raising Events | | $3,700.00 |

**B6B (Official Form 6B) (12/07)**

| In re | Please Touch Museum | | Case No.: | 15-16558 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17.  ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | x | | | |
| 18.  OTHER LIQUIDATED DEBTS OWED TO DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | x | | | |
| 19.  EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE A – REAL PROPERTY. | x | | | |
| 20.  CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | x | | | |
| 21.  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | x | | | |
| 22.  PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | x | | | |
| 23.  LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | x | | | |
| 24.  CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | x | | | |

B6B (Official Form 6B) (12/07)

| In re   Please Touch Museum | | Case No.:   15-16558 |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25.  AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | | 1999 Chevy Venture (Security Car) Net Book Value | | $0.00 |
| 26.  BOATS, MOTORS, AND ACCESSORIES. | x | | | |
| 27.  AIRCRAFT AND ACCESSORIES. | x | | | |
| 28.  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | | Furniture, Equipment, IT Equipment (Net Book Value) | | $51,462.04 |
| 28. | | Exhibits (Net Book Value) | | $1,241,665.24 |
| 29.  MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES USED IN BUSINESS. | x | | | |
| 30.  INVENTORY. | | Museum Store Inventory | | $146,190.68 |
| 31.  ANIMALS. | x | | | |

Page 6 of  8

**B6B (Official Form 6B) (12/07)**

| In re   Please Touch Museum | | Case No.:   15-16558 | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | x | | | |
| 33.  FARMING EQUIPMENT AND IMPLEMENTS. | x | | | |
| 34.  FARM SUPPLIES, CHEMICALS, AND FEED. | x | | | |
| 35.  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | | Prepaid Expenses | | $158,601.23 |
| 35. | | Exhibit Deposit | | $102,000.00 |
| 35. | | Memorial Hall Trust (Restricted) | | $1,730,699.06 |
| 35. | | Transit Check | | $990.24 |
| 35. | | Deposit on Settlement | | $2,500,000.00 |

**B6B (Official Form 6B) (12/07)**

| In re | Please Touch Museum | | Case No.: | 15-16558 |
|-------|---------------------|---------|-----------|----------|
| | | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|------------------|------|-------------------------------------|-----------|---|
| 35.  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | | Collection | | $940,290.00 |

Total | $16,244,356.31

B6C (Official Form 6C) (04/13)

In re  **Please Touch Museum**                                                                Case No.  15-16558
                          Debtor                                                                                (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT


Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522 (b)(2)                      ☐  Check if debtor claims a homestead exemption that exceeds $155,675.*

☐ 11 U.S.C. § 522 (b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **NONE** | | | |

| In re   **Please Touch Museum** | | Case No.:   **15-16558** |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of **ACCOUNT NO.** <br><br> **U.S. BANK N.A. AS INDENTURE TRUSTEE 60 LIVINGSTON AVE. EP-MN-WS1D ST. PAUL, MN 55107** | | | **2006 - FIRST LIEN SECURITY INTEREST IN GROSS RECEIPTS AND COLLATERAL PLEDGED UNDER THE MORTGAGE AND THE SECURITY AGREEMENT** <br> **VALUE** | X | X | X | **$59,721,963.72** | **UNKNOWN** |
| Last four digits of **ACCOUNT NO.** <br><br> **U.S. BANK N.A. AS INDENTURE TRUSTEE 60 LIVINGSTON AVE. EP-MN-WS1D ST. PAUL, MN 55107** | | | **ACCRUED BOND INTEREST** <br><br> **VALUE** | X | X | X | **$2,941,598.87** | **UNKNOWN** |

| | | |
|---|---|---|
| Total | **$62,663,562.59** | **UNKNOWN** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| | | |
|---|---|---|
| Subtotal (Total of this page) | **$62,663,562.59** | **$0.00** |

\* Contingent, unliquidated and disputed with respect to status as secured creditor.

<u>0</u> Continuation Sheets Attached

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# TYPES OF PRIORITY CLAIMS  *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the creation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) - Cont.

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (1 continuation sheets attached)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HW/JC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| ACCRUED SALARIES AND WAGES | | | WAGES 8/30 - 9/10 | | | | $99,410.81 | $99,410.81 | $0.00 |

*Amounts subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | | Subtotal (Totals of this page) | $99,410.81 | $99,410.81 | $0.00 |
|---|---|---|---|---|---|

B6E (Official Form 6E) (04/13) - Cont.

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (1 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PA SALES TAX BUREAU <br> OF BUSINESS TRUST FUND TAXES <br> P.O. BOX 280905 <br> HARRISBURG, PA 17128-0905 | | | AUGUST 2015 | | | | $4,200.74 | $4,200.74 | $0.00 |
| ACCOUNT NO. <br><br> PA SALES TAX BUREAU <br> OF BUSINESS TRUST FUND TAXES <br> P.O. BOX 280905 <br> HARRISBURG, PA 17128-0905 | | | COLLECTED THROUGH SEPTEMBER 10, 2015 | | | | $871.76 | $871.76 | $0.00 |

| | | |
|---|---|---|
| Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $104,483.31 | |
| Totals <br> (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $104,483.31 | $0.00 |

\*Amounts subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Page 3 of 3

| Subtotal <br> (Totals of this page) | $5,072.50 | $5,072.50 | $0.00 |
|---|---|---|---|

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> 20/20 VISUAL MEDIA LLC <br> 813 SO. 4TH STREET <br> SUITE 2 <br> PHILADELPHIA, PA 19147 | | | TRADE PAYABLE | | | | $1,700.00 |
| ACCOUNT NO. <br> 30 FOOD FARM, LLC <br> 520 N. DELAWARE AVENUE, SUITE 303 <br> PHILADELPHIA, PA 19123 | | | TRADE PAYABLE | | | | $14,427.55 |
| ACCOUNT NO. <br> ABM JANITORIAL-MID ATLANTIC, INC. <br> LOCKBOX #7401, P.O. BOX 8500 <br> PHILADELPHIA, PA 19178-7401 | | | TRADE PAYABLE | | | | $12,369.67 |
| ACCOUNT NO. <br> ALEX BRANDS <br> P.O. BOX 3908 <br> BOSTON, MA 02241-3908 | | | TRADE PAYABLE | | | | $479.04 |
| ACCOUNT NO. <br> ALLBRAND SUPPLY <br> 170 N.BLACK HORSE PIKE <br> MT.EPHRAIM, NJ 08059 | | | TRADE PAYABLE | | | | $5,595.87 |

| | Subtotal (Total of this page) | $34,572.13 |
|---|---|---|

| Please Touch Museum | | 15-16558 |
|---|---|---|
| Debtor | | Case No. (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALLIEDBARTON SECURITY SERVICES<br>P.O. BOX 828854<br>PHILADELPHIA, PA 19182-8854 | | | ACCRUED EXPENSE | | | | $6,666.67 |
| ACCOUNT NO.<br>ALLIEDBARTON SECURITY SERVICES<br>P.O. BOX 828854<br>PHILADELPHIA, PA 19182-8854 | | | TRADE PAYABLE | | | | $39,600.61 |
| ACCOUNT NO.<br>AMERICAN ALLIANCE OF MUSEUMS<br>P.O. BOX 741970<br>ATLANTA, GA 30374-1970 | | | TRADE PAYABLE | | | | $250.00 |
| ACCOUNT NO.<br>AMERICAN EXPEDITING<br>801 N.PRIMOS AVENUE<br>FOLCROFT, PA 19032 | | | TRADE PAYABLE | | | | $76.97 |
| ACCOUNT NO.<br>AMERICAN EXPRESS<br>P.O. BOX 1270<br>NEWARK, NJ 07101-1270 | | | TRADE PAYABLE | | | | $99,469.44 |
| ACCOUNT NO.<br>AMSCAN<br>P.O. BOX 71603<br>CHICAGO, IL 60694-1603 | | | TRADE PAYABLE | | | | $273.14 |
| ACCOUNT NO.<br>ARTHUR M.MANASK & ASSOCIATES, INC.<br>209 W. ALAMEDA AVENUE<br>SUITE 103<br>BURBANK, CA 91502 | | | TRADE PAYABLE | | | | $927.50 |
| ACCOUNT NO.<br>AVM SERVICES<br>2675 EISENHOWER AVENUE<br>NORRISTOWN, PA 19403 | | | TRADE PAYABLE | | | | $2,007.83 |

| | Subtotal<br>(Total of this page) | $149,272.16 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

**Please Touch Museum**

15-16558

Debtor | Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. BARRY-OWEN CO.,INC. 5625 SMITHWAY STREET LOS ANGELES, CA 90040 | | | TRADE PAYABLE | | | | $2,046.55 |
| ACCOUNT NO. BERMA CORP. 1205 HERON ROAD CHERRY HILL, NJ 08003 | | | TRADE PAYABLE | | | | $2,849.85 |
| ACCOUNT NO. BRULEE CATERING 4231 AVENUE OF THE REPUBLIC PHILADELPHIA, PA 19131 | | | TRADE PAYABLE | | | | $438.57 |
| ACCOUNT NO. CANON FINANCIAL SERVICES ONCE CANON PARK MELVILLE, NY 11747 | | | ACCRUED EXPENSE | | | | $755.69 |
| ACCOUNT NO. CANON FINANCIAL SERVICES ONCE CANON PARK MELVILLE, NY 11747 | | | TRADE PAYABLE | | | | $2,267.07 |
| ACCOUNT NO. CAPITAL PACKAGING AND DESIGN, LLC P.O. BOX 1418 LANDOVER, MD 20785-0418 | | | TRADE PAYABLE | | | | $97.56 |
| ACCOUNT NO. CAROL SPACHT 1829 YOST ROAD BLUE BELL, PA 19422 | | | TRADE PAYABLE | | | | $2,100.00 |
| ACCOUNT NO. CARR & DUFF, INC. 2100 BYBERRY ROAD HUNTINGDON VALLEY, PA 19006-3598 | | | TRADE PAYABLE | | | | $1,240.00 |

Subtotal
(Total of this page) | $11,795.29

B6F (Official Form 6F) (12/07) - Cont.
Case 15-16558-jkf    Doc 135    Filed 10/19/15    Entered 10/19/15 20:54:04    Desc Main
Document    Page 24 of 48
Please Touch Museum
Debtor

15-16558
Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CASHMAN & ASSOCIATES<br>P.O. BOX 29429<br>PHILADELPHIA, PA 19125 | | | TRADE PAYABLE | | | | $7,500.00 |
| ACCOUNT NO.<br>CASTLE TOY INC<br>11840 WYANDOTTE STREET<br>N.HOLLYWOOD, CA 91605 | | | TRADE PAYABLE | | | | $204.00 |
| ACCOUNT NO.<br>CATHOLICPHILLY.COM<br>222 NO. 17TH STREET<br>PHILADELPHIA, PA 19103 | | | TRADE PAYABLE | | | | $1,200.00 |
| ACCOUNT NO.<br>CEISLER MEDIA AND ISSUE ADVOCACY<br>1525 LOCUST STREET, 6TH FLOOR<br>PHILADELPHIA, PA 19102 | | | TRADE PAYABLE | | | | $14,594.38 |
| ACCOUNT NO.<br>CHADWICK SERVICE COMPANY<br>362 DUNKS FERRY ROAD<br>BENSALEM, PA 19020 | | | TRADE PAYABLE | | | | $8,022.00 |
| ACCOUNT NO.<br>CITY OF PHILADELPHIA<br>P.O. BOX 41496<br>PHILADELPHIA, PA 19101-1496 | | | TRADE PAYABLE | | | | $7,904.20 |
| ACCOUNT NO.<br>CITY PASS, INC.<br>27 ARROW ROOT LANE<br>VICTOR, ID 83455 | | | TRADE PAYABLE | | | | $806.64 |
| ACCOUNT NO.<br>CLEAR CHANNEL OUTDOOR<br>P.O. BOX 402379<br>ATLANTA, GA 30384-2379 | | | TRADE PAYABLE | | | | $4,999.98 |

Subtotal
(Total of this page)                    $45,231.20

Please Touch Museum

15-16558

Debtor    Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>COGENT COMMUNICATIONS, INC<br>P.O. BOX 791087<br>BALTIMORE, MD 21279-1087 | | | TRADE PAYABLE | | | | $1,552.00 |
| ACCOUNT NO.<br>CONVERGENCE, LLC<br>6 JORNEY, SUITE 160<br>ALISO VIEJO, CA 92656 | | | TRADE PAYABLE | | | | $4,813.77 |
| ACCOUNT NO.<br>COUNTRY SWEETS 2015<br>31 SO. BROAD STREET<br>WOODBURY, NJ 08096 | | | TRADE PAYABLE | | | | $122.97 |
| ACCOUNT NO.<br>CRI RESTORATION, INC.<br>110 ITHAN LANE<br>COLLEGEVILLE, PA 19426 | | | TRADE PAYABLE | | | | $9,000.00 |
| ACCOUNT NO.<br>CTM MEDIA GROUP, INC<br>11 LARGO DRIVE SOUTH<br>STAMFORD, CT 06907 | | | TRADE PAYABLE | | | | $81.44 |
| ACCOUNT NO.<br>DEFERRED REVENUE - BIRTHDAY PARTIES | | | CUSTOMER LIABILITY | | | | $12,742.72 |
| ACCOUNT NO.<br>DEFERRED REVENUE - GIFT CERTIFICATE | | | CUSTOMER LIABILITY | | | | $104,362.39 |
| ACCOUNT NO.<br>DEFERRED REVENUE - RENTAL ROOM | | | CUSTOMER LIABILITY | | | | $122,513.00 |

Subtotal
(Total of this page)    $255,188.29

B6F (Official Form 6F) (12/07) - Cont. Case 15-16558-jkf Doc 135 Filed 10/19/15 Entered 10/19/15 20:54:04 Desc Main
Document Page 26 of 48

Please Touch Museum                                                                    15-16558
Debtor                                                                                 Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EL ZOL MEDIA<br>CYNWYD PLACE; 25 BALA AVENUE<br>BALA CYNWYD, PA 19004 | | | TRADE PAYABLE | | | | $700.00 |
| ACCOUNT NO.<br>ELMWOOD PARK ZOO<br>1661 HARDING BLVD<br>NORRISTOWN, PA 19401 | | | TRADE PAYABLE | | | | $800.00 |
| ACCOUNT NO.<br>EQUIPMENT RESOURCES CORP.<br>P.O. BOX 438<br>EXTON, PA 19341 | | | TRADE PAYABLE | | | | $700.00 |
| ACCOUNT NO.<br>FIREBALL PRINTING<br>3237 AMBER STREET; BOX 3<br>FIFTH FLOOR<br>PHILADELPHIA, PA 19134 | | | TRADE PAYABLE | | | | $1,454.50 |
| ACCOUNT NO.<br>FIRST CONTACT HR<br>P.O. BOX 784050<br>PHILADELPHIA, PA 19178 | | | TRADE PAYABLE | | | | $550.25 |
| ACCOUNT NO.<br>FORDOLES USA INC.<br>4001 NW 124TH AVENUE<br>CORAL SPRINGS, FL 33065 | | | TRADE PAYABLE | | | | $444.73 |
| ACCOUNT NO.<br>GANZ U.S.A., LLC<br>P.O. BOX 530<br>BUFFALO, NY 14240-0530 | | | TRADE PAYABLE | | | | $1,506.82 |
| ACCOUNT NO.<br>GARDA CL ATLANTIC- LOCKBOX # 233209<br>3209 MOMENTUM PLACE<br>CHICAGO, IL 60689-5332 | | | TRADE PAYABLE | | | | $992.48 |

Subtotal
(Total of this page)                     $7,148.78

B6F (Official Form 6F) (12/07) - Cont.

Please Touch Museum

15-16558

Debtor | Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GARDEN STATE DUST CONTROL INC.<br>7007 ROUTE 38<br>PENNSAUKEN, NJ 08109 | | | TRADE PAYABLE | | | | $727.77 |
| ACCOUNT NO.<br>GEARED FOR IMAGINATION<br>843 NO.CLEVELAND-MASSILLON ROAD<br>AKRON, OH 44333 | | | TRADE PAYABLE | | | | $620.00 |
| ACCOUNT NO.<br>GECKOGROUP<br>211 WEST CHESTNUT STREET<br>WEST CHESTER, PA 19390 | | | TRADE PAYABLE | | | | $2,960.00 |
| ACCOUNT NO.<br>GRAINGER, INC.<br>DEPT 828 799 122<br>PALATINE, IL 60038-0001 | | | TRADE PAYABLE | | | | $803.01 |
| ACCOUNT NO.<br>GRAPHIC ZONE, INC.<br>932 E. HUNTING PARK AVENUE<br>PHILADELPHIA, PA 19124 | | | TRADE PAYABLE | | | | $85.00 |
| ACCOUNT NO.<br>GREEN TOYS INC.<br>4000 BRIDGEWAY BLVD, SUITE 100<br>SAUSALITO, CA 94965 | | | TRADE PAYABLE | | | | $68.00 |
| ACCOUNT NO.<br>HACHETTE BOOK GROUP USA<br>P.O. BOX 8828<br>BOSTON, MA 02114-8828 | | | TRADE PAYABLE | | | | $252.67 |
| ACCOUNT NO.<br>HAPE INTERNATIONAL INC.<br>123 CREE ROAD<br>SHERWOOD PARK, AB T8A 3X9<br>CANADA | | | TRADE PAYABLE | | | | $137.98 |

Subtotal
(Total of this page) | $5,654.43

B6F (Official Form 6F) (12/07) - Cont.
Case 15-16558-jkf    Doc 135    Filed 10/19/15    Entered 10/19/15 20:54:04    Desc Main
Document    Page 28 of 48

Please Touch Museum                                                    15-16558

Debtor                                                                Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HATCH & ASSOCIATES, INC<br>150 W.56TH STREET, SUITE 5302<br>NEW YORK, NY 10019 | | | TRADE PAYABLE | | | | $4,200.00 |
| ACCOUNT NO.<br>HISTORY & HERALDRY USA, LC<br>4001 NW 124TH AVENUE<br>CORAL SPRINGS, FL 33065 | | | TRADE PAYABLE | | | | $119.84 |
| ACCOUNT NO.<br>HOHNER, INC.<br>P.O. BOX 91720<br>RICHMOND, VA 23291-9172 | | | TRADE PAYABLE | | | | $657.00 |
| ACCOUNT NO.<br>HOUGHTON MIFFLIN HARCOURT PUBLISHING CO.<br>14046 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | | | TRADE PAYABLE | | | | $258.60 |
| ACCOUNT NO.<br>INDEPENDENCE BLUE CROSS<br>LOCKBOX 3092, P.O. BOX 8500<br>PHILADELPHIA, PA 19178-3092 | | | TRADE PAYABLE | | | | $22,757.85 |
| ACCOUNT NO.<br>INTERNATIONAL PLAYTHINGS LLC<br>P.O. BOX 823401<br>PHILADELPHIA, PA 19182-3401 | | | TRADE PAYABLE | | | | $171.00 |
| ACCOUNT NO.<br>IRON MOUNTAIN<br>P.O. BOX 27128<br>NEW YORK, NY 10087-7128 | | | TRADE PAYABLE | | | | $153.81 |
| ACCOUNT NO.<br>JENKINTOWN BUILDING SERVICES, INC.<br>101 GREENWOOD AVENUE; STE 305<br>JENKINTOWN, PA 19046 | | | TRADE PAYABLE | | | | $2,231.60 |

Subtotal
(Total of this page)                                            $30,549.70

B6F (Official Form 6F) (12/07) - Cont.

**Please Touch Museum**

Debtor

15-16558

Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JMS<br>3245 SUNSET LANE<br>HATBORO, PA 19040 | | | TRADE PAYABLE | | | | $216.00 |
| ACCOUNT NO.<br>JURATOYS US CORP<br>2455 EAST SUNRISE BLVD, SUITE 805<br>FORT LAUDERDALE, FL 33304 | | | TRADE PAYABLE | | | | $360.00 |
| ACCOUNT NO.<br>JUST CHILDREN MAIN LINE<br>4723 CONSHOHOCKEN AVENUE<br>PHILADELPHIA, PA 19131 | | | TRADE PAYABLE | | | | $126.00 |
| ACCOUNT NO.<br>JUST THINK TOYS, INC<br>P.O. BOX 10730<br>BAINBRIDGE ISLAND, WA 98110 | | | TRADE PAYABLE | | | | $528.00 |
| ACCOUNT NO.<br>KEAST & HOOD CO.<br>400 MARKET STREET; SUITE 1250<br>PHILADELPHIA, PA 19106 | | | TRADE PAYABLE | | | | $605.00 |
| ACCOUNT NO.<br>KEY BUSINESS SOLUTIONS<br>575 VIRGINIA DRIVE<br>SUITE E<br>FORT WASHINGTON, PA 19034 | | | TRADE PAYABLE | | | | $260.82 |
| ACCOUNT NO.<br>KISE STRAW & KOLODNER<br>2133 ARCH STREET; SUITE 303<br>PHILADELPHIA, PA 19103 | | | TRADE PAYABLE | | | | $2,964.80 |
| ACCOUNT NO.<br>KLUTZ<br>P.O. BOX 416851<br>BOSTON, MA 02241-6851 | | | TRADE PAYABLE | | | | $101.94 |

Page 9 of 19

Subtotal
(Total of this page)

$5,162.56

B6F (Official Form 6F) (12/07) Cont.

Case 15-16558-jkf    Doc 135    Filed 10/19/15    Entered 10/19/15 20:54:04    Desc Main
Document    Page 30 of 48

Please Touch Museum

15-16558

Debtor

Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KONE INC.<br>P.O. BOX 7247<br>PHILADELPHIA, PA 19170-6082 | | | TRADE PAYABLE | | | | $1,461.92 |
| ACCOUNT NO.<br>KWC STRATEGIES, LLC<br>420 CHURCH ROAD; GUEST HOUSE<br>DEVON, PA 19333 | | | TRADE PAYABLE | | | | $4,166.67 |
| ACCOUNT NO.<br>LEARNING RESOURCES/ EDUCATIONAL INSIGHTS<br>6641 EAGLE WAY<br>CHICAGO, IL 60678-1066 | | | TRADE PAYABLE | | | | $2,868.01 |
| ACCOUNT NO.<br>LEE PUBLICATIONS<br>1100 W. BROADWAY, P.O.B.32120<br>LOUISVILLE, KY 40232-2120 | | | TRADE PAYABLE | | | | $354.24 |
| ACCOUNT NO.<br>LESLIES POOL SUPPLIES, INC.<br>P.O. BOX 501162<br>ST. LOUIS, MO 63150-1162 | | | TRADE PAYABLE | | | | $67.43 |
| ACCOUNT NO.<br>LICENSE 2 PLAY TOYS, LLC<br>P.O. BOX 485<br>SYOSSET, NY 11791 | | | TRADE PAYABLE | | | | $639.36 |
| ACCOUNT NO.<br>LINE SYSTEMS<br>P.O. BOX 826590<br>PHILADELPHIA, PA 19182-6590 | | | TRADE PAYABLE | | | | $630.62 |
| ACCOUNT NO.<br>LOWE'S BUSINESS ACCOUNT<br>P.O. BOX 530970<br>ATLANTA, GA 30353-0970 | | | TRADE PAYABLE | | | | $1,000.95 |

Subtotal
(Total of this page)

$11,189.20

B6F (Official Form 6F) (12/07) - Cont. Case 15-16558-jkf Doc 135 Filed 10/19/15 Entered 10/19/15 20:54:04 Desc Main
Document Page 31 of 48

Please Touch Museum | 15-16558
Debtor | Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LUKE'S TOY FACTORY <br> 128 EAST LIBERTY STREET <br> SUITE 5 <br> DANBURY, CT 06810 | | | TRADE PAYABLE | | | | $130.62 |
| ACCOUNT NO. <br> MARLON CREATIONS,INC. <br> 35-01 36TH AVENUE <br> LONG ISLAND CITY, NY 11106 | | | TRADE PAYABLE | | | | $342.34 |
| ACCOUNT NO. <br> MARY CAMPBELL CENTER <br> 4641 WELDIN ROAD <br> WILMINGTON, DE 19803 | | | TRADE PAYABLE | | | | $51.00 |
| ACCOUNT NO. <br> MATERIALS CONSERVATION CO.,LLC <br> 1625 NO. HOWARD STREET <br> PHILADELPHIA, PA 19122 | | | TRADE PAYABLE | | | | $11,252.08 |
| ACCOUNT NO. <br> MATHESON TRI-GAS INC. <br> P.O. BOX 347297 <br> PITTSBURGH, PA 15251-4297 | | | TRADE PAYABLE | | | | $273.62 |
| ACCOUNT NO. <br> MAXWELL CAB <br> 9 W.ATHENS AVENUE <br> ARDMORE, PA 19003 | | | TRADE PAYABLE | | | | $53.60 |
| ACCOUNT NO. <br> MC MASTER-CARR <br> P.O. BOX 7690 <br> CHICAGO, IL 60680-7690 | | | TRADE PAYABLE | | | | $961.52 |
| ACCOUNT NO. <br> METROKIDS MAGAZINE <br> 1412-1414 PINE STREET <br> PHILADELPHIA, PA 19102 | | | TRADE PAYABLE | | | | $1,220.00 |

Subtotal
(Total of this page) | $14,284.78

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MICHAEL BRANSCOM PHOTOGRAPHY LLC<br>524 N.ESSEX AVENUE<br>NARBERTH, PA 19072 | | | TRADE PAYABLE | | | | $2,875.00 |
| ACCOUNT NO.<br>MILES MEDIA GROUP,LLLP<br>P.O. BOX 116755<br>ATLANTA, GA 30368-6755 | | | TRADE PAYABLE | | | | $1,179.36 |
| ACCOUNT NO.<br>MILL HILL CHILD & FAMILY CENTER<br>101 - A OAKLAND STREET<br>TRENTON, NJ 08618 | | | TRADE PAYABLE | | | | $112.00 |
| ACCOUNT NO.<br>MORRIS VISITOR PUBLICATIONS,LLC<br>P.O. BOX 1584<br>AUGUSTA, GA 30903 | | | TRADE PAYABLE | | | | $3,000.00 |
| ACCOUNT NO.<br>NETPLUS MARKETING, INC.<br>718 ARCH STREET, 400 S<br>PHILADELPHIA, PA 19106 | | | TRADE PAYABLE | | | | $5,000.00 |
| ACCOUNT NO.<br>NEWS WATCH<br>1407 BETHLEHEM PIKE<br>FLOURTOWN, PA 19031 | | | TRADE PAYABLE | | | | $120.00 |
| ACCOUNT NO.<br>NORTHSTAR ADVISORS<br>9 CRICKET TERRACE; FIRST FLOOR<br>ARDMORE, PA 19003 | | | TRADE PAYABLE | | | | $32,957.17 |
| ACCOUNT NO.<br>PARTI LINE INTERNATIONAL, LLC<br>9219 133RD AVENUE NO<br>UNIT 1E<br>LARGO, FL 33773 | | | TRADE PAYABLE | | | | $650.00 |

Subtotal                    $45,893.53
(Total of this page)

B6F (Official Form 6F) (12/07) Cont.

Case 15-16558-jkf    Doc 135    Filed 10/19/15    Entered 10/19/15 20:54:04    Desc Main
Document    Page 33 of 48

Please Touch Museum

15-16558

Debtor

Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PATCH PRODUCTS, LLC<br>1400 E. INMAN PARKWAY<br>BELOIT, WI 53511 | | | TRADE PAYABLE | | | | $587.57 |
| ACCOUNT NO.<br>PECHTER PLAY, LLC<br>214 EDGEHILL ROAD<br>MERION STATION, PA 19066 | | | TRADE PAYABLE | | | | $223.00 |
| ACCOUNT NO.<br>PECO<br>P.O. BOX 37632<br>PHILADELPHIA, PA 19101-0632 | | | TRADE PAYABLE | | | | $21,616.07 |
| ACCOUNT NO.<br>PENGUIN RANDOM HOUSE, LLC<br>P.O. BOX  223384<br>PITTSBURGH, PA 15251-2384 | | | TRADE PAYABLE | | | | $1,961.22 |
| ACCOUNT NO.<br>PENN VALLEY CHEMICAL CO.<br>P.O. BOX 847<br>LANSDALE, PA 19446 | | | TRADE PAYABLE | | | | $881.00 |
| ACCOUNT NO.<br>PERSEUS DISTRIBUTION, INC.<br>15636 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | TRADE PAYABLE | | | | $233.83 |
| ACCOUNT NO.<br>PHILADELPHIA GAS WORKS<br>P.O. BOX 11700<br>NEWARK, NJ 07101-4700 | | | TRADE PAYABLE | | | | $644.85 |
| ACCOUNT NO.<br>PHILADELPHIA MAGAZINE<br>1818  MARKET STREET, 36TH FLOOR<br>PHILADELPHIA, PA 19103 | | | TRADE PAYABLE | | | | $3,000.00 |

Subtotal
(Total of this page)

$29,147.54

B6F (Official Form 6F) (12/07) - Cont.

**Please Touch Museum**

Debtor

15-16558

Case No. (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PITNEY BOWES GLOBAL FINANCIAL SERVICES, LLC<br>P.O. BOX 371887<br>PITTSBURGH, PA 15250-7887 | | | TRADE PAYABLE | | | | $1,131.00 |
| ACCOUNT NO.<br>PLYMOUTH NURSERY & LANDSCAPE CO.<br>1043 BELVOIR ROAD<br>PLYMOUTH MEETING, PA 19462 | | | TRADE PAYABLE | | | | $4,250.00 |
| ACCOUNT NO.<br>POOF-SLINKY, LLC<br>P.O. BOX 87097<br>CANTON, MI 48187-0097 | | | TRADE PAYABLE | | | | $1,219.60 |
| ACCOUNT NO.<br>PREVENTIVE CARPET CARE, INC.<br>P.O. BOX 459<br>420 FAIRVIEW ROAD<br>GLENMOORE, PA 19343 | | | TRADE PAYABLE | | | | $2,132.00 |
| ACCOUNT NO.<br>PROASYS<br>318 HENDEL STREET<br>SHILLINGTON, PA 19607-2495 | | | TRADE PAYABLE | | | | $792.00 |
| ACCOUNT NO.<br>QUEEN ANNE'S COUNTY BOARD OF EDUCATION<br>202 CHESTERFIELD AVENUE<br>CENTREVILLE, MD 21617 | | | TRADE PAYABLE | | | | $28.00 |
| ACCOUNT NO.<br>R F DESIGN & INTEGRATION INC.<br>P.O. BOX 63459<br>PHILADELPHIA, PA 19114 | | | TRADE PAYABLE | | | | $225.00 |
| ACCOUNT NO.<br>READING PUBLIC MUSEUM<br>500 MUSEUM ROAD<br>READING, PA 19611 | | | TRADE PAYABLE | | | | $58.00 |

Subtotal
(Total of this page)

$9,835.60

B6F (Official Form 6F) (12/07) - Cont.

**Please Touch Museum**

Debtor

15-16558

Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>REEVES INTERNATIONAL INC.<br>14 INDUSTRIAL ROAD<br>PEQUANNOCK, NJ 07440 | | | TRADE PAYABLE | | | | $646.00 |
| ACCOUNT NO.<br>REMARKABLE COMMUNICATIONS, LLC<br>16 BATTEN DRIVE<br>DOWNINGTOWN, PA 19335 | | | TRADE PAYABLE | | | | $2,525.00 |
| ACCOUNT NO.<br>RICHARD S.BURNS & COMPANY, INC<br>4300 RISING SUN AVENUE<br>PHILADELPHIA, PA 19140 | | | TRADE PAYABLE | | | | $2,630.44 |
| ACCOUNT NO.<br>RUBBABU, LLC<br>140 ETHEL ROAD W<br>SUITE S<br>PISCATAWAY, NJ 08854 | | | TRADE PAYABLE | | | | $253.20 |
| ACCOUNT NO.<br>SCHYLLING INC.<br>P.O. BOX 842358<br>BOSTON, MA 02284-2358 | | | TRADE PAYABLE | | | | $4,186.24 |
| ACCOUNT NO.<br>SENTRY CONTROL SYSTEMS,INC<br>6611 ODESSA AVENUE<br>VAN NUYS, CA 91406 | | | TRADE PAYABLE | | | | $672.26 |
| ACCOUNT NO.<br>SIMON & SCHUSTER INC.<br>P.O. BOX 70660<br>CHICAGO, IL 60673-0660 | | | TRADE PAYABLE | | | | $401.53 |
| ACCOUNT NO.<br>SIX PAYMENT SERVICES(USA) CORP.<br>P.O. BOX 4554<br>OAK BROOK, IL 60522-4554 | | | TRADE PAYABLE | | | | $200.00 |

Subtotal
(Total of this page)

$11,514.67

B6F (Official Form 6F) (12/07) - Cont.

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SQUIRE BOONE VILLAGE, INC.<br>P.O. BOX 711<br>NEW ALBANY, IN 47151-0711 | | | TRADE PAYABLE | | | | $466.20 |
| ACCOUNT NO.<br>STATE INDUSTRIAL PRODUCTS<br>P.O. BOX 74189<br>CLEVELAND, OH 44194-0268 | | | TRADE PAYABLE | | | | $414.00 |
| ACCOUNT NO.<br>STERLING PUBLISHING CO., INC<br>GENERAL POST OFFICE, P.O. BOX 5078<br>NEW YORK, NY 10087-5078 | | | TRADE PAYABLE | | | | $104.70 |
| ACCOUNT NO.<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2005 MARKET STREET, SUITE 2600<br>PHILADELPHIA, PA 19103-7018 | | | TRADE PAYABLE | | | | $11,666.67 |
| ACCOUNT NO.<br>STRATEGIC PRODUCTS AND SERVICES, LLC<br>P.O. BOX 5365<br>NEW YORK, NY 10087-5365 | | | TRADE PAYABLE | | | | $134.99 |
| ACCOUNT NO.<br>SUGAR LANE GRAPHICS, LLC<br>5424 GROTON ROAD<br>BENSALEM, PA 19020 | | | TRADE PAYABLE | | | | $8,048.00 |
| ACCOUNT NO.<br>SUNOCO<br>P.O. BOX 689156<br>DES MOINES, IA 50368-9156 | | | TRADE PAYABLE | | | | $401.77 |
| ACCOUNT NO.<br>TASC CLIENT SERVICES<br>P.O. BOX 88278<br>MILWAUKEE, WI 53288-0001 | | | TRADE PAYABLE | | | | $137.91 |

| | | Subtotal<br>(Total of this page) | $21,374.24 |
|---|---|---|---|

B6F (Official Form 6F) (12/07) Cont.
Please Touch Museum
Debtor

Case 15-16558-jkf    Doc 135    Filed 10/19/15    Entered 10/19/15 20:54:04    Desc Main
Document    Page 37 of 48

15-16558
Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TATYANA BRODSKY | | | LITIGATION | X | X | X | Unknown |
| ACCOUNT NO.<br>THE BARASH GROUP<br>702 CORNERSTONE LANE<br>BRYN MAWR, PA 19010 | | | TRADE PAYABLE | | | | $893.99 |
| ACCOUNT NO.<br>THE HARTFORD<br>P.O. BOX 660916<br>DALLAS, TX 75266-0916 | | | TRADE PAYABLE | | | | $340.00 |
| ACCOUNT NO.<br>THE SHERWIN-WILLIAMS CO.<br>1705 WASHINGTON AVENUE<br>PHILADELPHIA, PA 19146-1913 | | | TRADE PAYABLE | | | | $436.37 |
| ACCOUNT NO.<br>TOMY INTERNATIONAL, INC.<br>39792 TREASURE CENTER<br>CHICAGO, IL 60694-9700 | | | TRADE PAYABLE | | | | $110.80 |
| ACCOUNT NO.<br>TOYSMITH<br>3101 WEST VALLEY HWY EAST<br>SUMNER, WA 98390 | | | TRADE PAYABLE | | | | $7,001.28 |
| ACCOUNT NO.<br>U.S.POLY ENTERPRISE, INC.<br>P.O. BOX 769<br>DEXTER, MO 63841 | | | TRADE PAYABLE | | | | $1,335.04 |
| ACCOUNT NO.<br>UNITED RENTALS(NORTH AMERICA),INC<br>P.O. BOX 100711<br>ATLANTA, GA 30384-0711 | | | TRADE PAYABLE | | | | $1,812.78 |

Subtotal
(Total of this page)

$11,930.26

B6F (Official Form 6F) (12/07) Cont. Case 15-16558-jkf Doc 135 Filed 10/19/15 Entered 10/19/15 20:54:04 Desc Main Document Page 38 of 48

Please Touch Museum      15-16558
Debtor      Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>UNIVERSAL SERVICES ASSOCIATES INC<br>500 ELLIS AVENUE<br>COLWYN, PA 19023 | | | TRADE PAYABLE | | | | $26,452.00 |
| ACCOUNT NO.<br>US BANK N.A.<br>60 LIVINGSTON AVE.<br>EP-MN-WS1D<br>ST. PAUL, MN 55107 | | | BOND DEBT | | | | Unknown |
| ACCOUNT NO.<br>WABA FUN, LLC<br>13654 XAVIER LANE #202<br>BROOMFIELD, CO 80023 | | | TRADE PAYABLE | | | | $872.62 |
| ACCOUNT NO.<br>WBEB-FM<br>225 E.CITY AVENUE; STE 200<br>BALA CYNWYD, PA 19004 | | | TRADE PAYABLE | | | | $4,400.00 |
| ACCOUNT NO.<br>WESTERN PEST SERVICES<br>3310 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073-4611 | | | TRADE PAYABLE | | | | $1,318.00 |
| ACCOUNT NO.<br>WOMBAT WORKS LLC<br>1121 NO.BETHLEHEM PIKE<br>SUITE 60  #116<br>SPRING HOUSE, PA 19477 | | | TRADE PAYABLE | | | | $1,375.00 |
| ACCOUNT NO.<br>WORKMAN PUBLISHING CO.<br>225 VARICK STREET<br>NEW YORK, NY 10014-4381 | | | TRADE PAYABLE | | | | $138.44 |
| ACCOUNT NO.<br>WPVI<br>ATTN: WPVI-606<br>P.O. BOX 732384<br>DALLAS, TX 75373-2384 | | | TRADE PAYABLE | | | | $9,741.00 |

Subtotal
(Total of this page)      $44,297.06

B6F (Official Form 6F) (12/07) Cont.

**Please Touch Museum**

15-16558

Debtor

Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>WWSI<br>10 MONUMENT ROAD<br>BALA CYNWYD, PA 19004 | | | TRADE PAYABLE | | | | $1,000.00 |
| ACCOUNT NO.<br>YMCA ROCKY RUN<br>1299 WEST BALTIMORE PIKE<br>MEDIA, PA 19063 | | | TRADE PAYABLE | | | | $350.00 |
| ACCOUNT NO.<br>YOURMEMBERSHIP.COM,INC<br>DEPT 3461<br>P.O. BOX 123461<br>DALLAS, TX 75312-3461 | | | TRADE PAYABLE | | | | $180.00 |
| | | | | | | Total | $745,571.42 |

Subtotal
(Total of this page)

$1,530.00

B6G (Official Form 6G) (12/07)

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| ABM JANITORIAL<br>LOCKBOX #7401, PO BOX 8500<br>PHILADELPHIA, PA 19178 | JANITORIAL SERVICES |
| ADVANCE TO GO<br>905 NORTH BETHLEHEM PIKE #247<br>SPRING HOUSE, PA 19477 | ATM LEASE |
| ALLIED BARTON<br>P.O. BOX 828854<br>PHILADELPHIA, PA 19182-8854 | SECURITY SERVICES |
| BEAZLEY<br>129B JOHNSON ROAD, SUITE 5<br>TURNERSVILLE, NJ 08012 | INSURANCE: PRIVATE PROTECTION |
| BETTY BRINN CHILDREN'S MUSEUM<br>929 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | EXHIBIT RENTAL |
| BLACKBAUD<br>P.O. BOX 930256<br>ATLANTA, GA 31193-0256 | ACCOUNTING & DEVELOPMENT SOFTWARE |
| BRULEE CATERING<br>1406 S FRONT ST,<br>PHILADELPHIA, PA 19147 | EXCLUSIVE ONSITE CATERING |

Please Touch Museum                                                                15-16558

Debtor                                                                    Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| CANON SOLUTIONS AMERICA<br>ONCE CANON PARK<br>MELVILLE, NY 11747 | EQUIPMENT LEASE |
| CASHMAN & ASSOCIATES<br>P.O. BOX 29429<br>PHILADELPHIA, PA 19125 | EVENT PLANNING |
| CATHOLIC PHILLY<br>222  NO. 17TH STREET<br>PHILADELPHIA, PA 19103 | ADVERTISING |
| CEISLER MEDIA<br>1525 LOCUST STREET, 6TH FLOOR<br>PHILADELPHIA, PA 19102 | COMMUNICATIONS CONSULTANT |
| CHUBB<br>1600 JOHN F KENNEDY BLVD # 500<br>PHILADELPHIA, PA 19103 | INSURANCE: PROPERTY |
| CITY OF PHILADELPHIA<br>1515 ARCH STREET 10TH FLOOR<br>PHILADELPHIA, PA 19102 | MEMORIAL HALL LEASE |
| COCA-COLA REFRESHMENTS<br>801 EAST ERIE AVENUE<br>PHILADELPHIA PA 19134 | POURING RIGHTS |
| COGENT COMMUNICATIONS<br>1015 31ST STREET<br>WASHINGTON, DC 20007 | UTILITIES |
| CRI RESTORATION<br>110 ITHAN LANE<br>COLLEGEVILLE, PA 19426 | GENERAL CONTRACTOR |

| Please Touch Museum | 15-16558 |
|---|---|
| Debtor | Case No. (If known) |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| CTM MEDIA GROUP<br>11 LARGO DRIVE SOUTH<br>STAMFORD, CT 06907 | MARKETING BROCHURE DISTRIBUTION |
| CUSTOMERS | FUTURE BIRTHDAY PARTIES AND RENTALS |
| DILWORTH PAXSON<br>1500 MARKET STREET, STE 3500E<br>PHILADELPHIA, PA 19102 | LEGAL |
| EISNERAMPER<br>100 N 18TH STREET, STE 1101<br>PHILADELPHIA, PA 19103 | FINANCIAL ADVISOR |
| FIRST CONTACT<br>P.O. BOX 784050<br>PHILADELPHIA, PA 19178 | HR BACKGROUND CLEARANCES |
| GECKO GROUP<br>211  WEST CHESTNUT STREET<br>WEST CHESTER, PA 19390 | EXHIBIT CONSULTANTS |
| GUARDIAN<br>P.O. BOX 824404<br>PHILADELPHIA, PA 19182-4404 | DENTAL INSURANCE, LIFE, AD&D, STD/LTD |
| HARTFORD<br>P.O. BOX 660916<br>DALLAS, TX 75266-0916 | INSURANCE: VOLUNTEER ACCIDENT |
| HATCH & ASSOCIATES<br>150  W.56TH STREET, SUITE 5302<br>NEW YORK, NY 10019 | HR / MANAGEMENT CONSULTING |

Please Touch Museum                                                                    15-16558

Debtor                                                                                 Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| HM CASUALTY INSURANCE COMPANY<br>PO BOX 644300<br>PITTSBURGH, PA 15264-4300 | INSURANCE: WORKERS COMPENSATION |
| INDEPENDENCE BLUE CROSS<br>LOCKBOX 3092<br>P.O. BOX 8500<br>PHILADELPHIA, PA 19178-3092 | HEALTH INSURANCE |
| INDEPENDENCE VISITORS CENTER<br>1 N. INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA 19004 | MARKETING / SALES |
| INNOVATIVE FOTO<br>8A INDUSTRIAL WAY<br>SALEM, NH 03079 | PHOTO BOOTH - VENDING |
| IRON MOUNTAIN<br>P.O. BOX  27128<br>NEW YORK, NY 10087 | DOCUMENT SHREDDING |
| IRONSHORE<br>P.O. BOX 3407<br>NEW YORK, NY 10008 | INSURANCE: CRIME |
| ISDANER & CO LLC<br>3 BALA PLAZA #501<br>BALA CYNWYD, PA 19004 | ACCOUNTING SERVICES |
| KEAST & HOOD<br>400 MARKET STREET, SUITE 1250<br>PHILADELPHIA PA 19106 | STRUCTURAL ENGINEER |
| KISE STRAW & KOLODNER<br>2133 ARCH STREET, SUITE 303<br>PHILADELPHIA, PA 19103 | HISTORICAL ARCHITECT / ENGINEER |

Please Touch Museum

15-16558

Debtor

Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| KWC STRATEGIES<br>420 CHURCH ROAD, GUEST HOUSE<br>DEVON, PA 19333 | FUNDRAISING CONSULTANT |
| MATERIALS CONSERVATION<br>1625  NO.HOWARD STREET<br>PHILADELPHIA, PA 19122 | HISTORIC RESTORATION |
| MINNESOTA CHILDREN'S MUSEUM<br>10 WEST 7TH STREET<br>ST PAUL, MN 55102 | EXHIBIT RENTAL |
| NATIONAL CASUALTY<br>8877 NORTH GAINEY CENTER DRIVE<br>SCOTTSDALE, AZ 85258 | INSURANCE: GENERAL, EXCESS & AUTO |
| NORTHSTAR ADVISORS<br>9 CRICKET TERRACE; FIRST FLOOR<br>ARDMORE, PA 19003 | PROJECT MANAGEMENT |
| PAID-PIDC<br>1500 MARKET STREET, STE 2600W<br>PHILADELPHIA, PA 19102 | DOME FUNDING |
| PHILADELPHIA RONALD MCDONALD HOUSE<br>3925 CHESTNUT STREET<br>PHILADELPHIA, PA 19104 | MARKETING PARTNER |
| PLYMOUTH NURSERY & LANSCAPE<br>1043 BELVOIR ROAD<br>PLYMOUTH MEETING, PA 19462 | LANDSCAPING |
| PPL ENERGY PLUS<br>2 NORTH 9TH STREET<br>ALLENTOWN, PA 18101 | UTILITES |

Please Touch Museum                                                           15-16558

Debtor                                                                        Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| **QBE**<br>**WALL STREET PLAZA, 88 PINE STREET**<br>**NEW YORK, NY 10005** | **INSURANCE: EXCESS D&O** |
| **REMARKABLE COMMUNICATIONS**<br>**16 BATTEN DRIVE**<br>**DOWNINGTOWN, PA 19335** | **MARKETING CONSULTANT** |
| **RUST CONSULTING**<br>**P.O. BOX 142589**<br>**IRVING, TX 75014-2589** | **CLAIMS NOTICING AGENT** |
| **SCHOOL DISTRICT OF PHILADELPHIA**<br>**440 NORTH BROAD STREET 3RD FLOOR**<br>**PHILADELPHIA, PA 19130** | **OUTREACH FUNDING** |
| **STRADLEY RONON STEVENS & YOUNG**<br>**2005 MARKET STREET, STE 2600**<br>**PHILADELPHIA, PA 19103-7018** | **LEGAL / LOBBYING** |
| **SUGAR LANE GRAPHICS**<br>**5424 GROTON ROAD**<br>**BENSALEM, PA 19020** | **WEBSITE DESIGN** |
| **TASC CLIENT SERVICES**<br>**P.O. BOX  88278**<br>**MILWAUKEE, WI 53288-0001** | **FLEX SPENDING ADMINISTRATOR** |
| **TIAA-CREF**<br>**1835 MARKET**<br>**FRANKFORD LINE # 1600**<br>**PHILADELPHIA, PA 19103** | **5500 PREPARATION** |
| **TITAN**<br>**P.O. BOX 5179**<br>**NEW YORK, NY 10087-5179** | **ADVERTISING** |

Please Touch Museum                                                                 15-16558

Debtor                                                                        Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| **TORUS**<br>**HARBORSIDE FINANCIAL CENTER PLAZA FIVE**<br>**SUITE 2900**<br>**JERSEY CITY, NJ 07311** | **INSURANCE: EXECUTIVE RISK** |
| **TRI-STATE TOYOTA DEALERS ASSOCIATION**<br>**1210 NORTHBROOK DRIVE, SUITE 140**<br>**TREVOSE, PA 19063** | **VEHICLE LEASE** |
| **UL EVERCLEAN**<br>**32097 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693-0097** | **FOOD SAFETY INSPECTOR** |
| **UNIVERSAL SERVICES ASSOCIATES**<br>**500 ELLIS AVENUE**<br>**COLWYN, PA 19023** | **EXHIBIT CONSULTANTS** |
| **VERIZON**<br>**100 SOUTHGATE PARKWAY**<br>**MORRISTOWN, NJ 07960** | **UTILITY** |
| **VOICES IN AMERICA**<br>**8461 LAKE WORTH ROAD**<br>**LAKE WORTH, FL 33467** | **ADVERTISING** |
| **WOMBAT WORKS**<br>**1121 NO.BETHLEHEM PIKE**<br>**SUITE 60  #116**<br>**SPRING HOUSE, PA 19477** | **IT CONSULTANT** |

**B6H (Official Form 6H) (12/07)**

| | |
|---|---|
| Please Touch Museum | 15-16558 |
| Debtor | Case No. (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Page 1 of  1

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Please Touch Museum                          Case No.   15-16558
                    **Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the Please Touch Museum, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _42_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 10/19/15                    Signature _____
                                            Michael Armento - Vice President
                                            Finance & Administration

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._